COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
WILLIAM V. O'CONNOR (216650)
(woconnor@cooley.com)
CHARLES E. HARRISON (313028)
(charrison@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: +1 858 550 6000
Facsimile: +1 858 550-6420

Attorneys for IKHANA Group LLC
IKHANA Group LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IKHANA GROUP LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VIKING AIR LIMITED,<br><br>    Defendant. | Case No.: **'23CV1306 BAS DEB**<br><br>**IKHANA GROUP LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, the undersigned certifies that as of this date, Plaintiff Ikhana Group, LLC is a wholly owned subsidiary of Aevex Holdings, LLC and no public company owns 10% or more of its stock.

Dated: July 17, 2023                COOLEY LLP


                                    By: /s/ William V. O'Connor
                                        William V. O'Connor

                                    Attorneys for IKHANA Group LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

CORPORATE DISCLOSURE STATEMENT